# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127581

DAVID T. SCOTT,
      Plaintiff-Appellee,

v

ELECTRONIC DATA SYSTEMS
CORPORATION and TRAVELERS
INDEMNITY COMPANY,
      Defendants-Appellants.

SC: 127581
COA: 248458
WCAC: 02-000404

_____/

      On order of the Court, the application for leave to appeal the October 28, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2005

_____
Clerk

s1010